**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THI KIM XUAN NGUYEN,
(A-Number: 249-488-824)

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-01625 JLT EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PETITION AND ORDER BOND HEARING

(Doc. 13)

Thi Kim Xuan Nguyen is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 8, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the Petition and order Respondents to provide Petitioner with a bond hearing before an immigration judge. (Doc. 13.) The Court served the Findings and Recommendations on all parties and notified them that objections were due within 10 days. (*Id.* at 6-7.) Respondents filed objections on July 20, 2026. (Doc. 14).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case, including Respondent's objections. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 8, 2026, (Doc. 13), are

**ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED IN PART**.

3. Respondents are **ORDERED TO PROVIDE** Petitioner with a substantive bond hearing within 10 days at which the immigration judge will determine whether Petitioner poses a risk of flight or a danger to the community if she is released. At any such hearing, the Government should bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. In the event Petitioner is "determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond," the immigration judge should consider Petitioner's financial circumstances and alternative conditions of release. *Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

4. Respondents **SHALL** provide a copy of this order and the underlying Findings and Recommendations to the immigration judge handling the bond hearing. In addition, Respondents **SHALL** ensure that the bond hearing is recorded.

5. If Respondents fail to provide a timely bond hearing in accordance with this order, Respondents are ordered to immediately release Petitioner.

6. At least 72 hours before the scheduled hearing, the Petitioner **SHALL** receive notice of the hearing. Petitioner **SHALL** have the right to be represented by counsel at the hearing and **SHALL** be entitled to appear at the hearing. If Petitioner's counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL** receive notice of the scheduled hearing.

7. The Clerk of Court is directed to close this case and enter judgment for Petitioner.

IT IS SO ORDERED.

Dated: July 24, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE